PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| DOCKET NUMBER *(Tran. Court)* 5:22CR00031-1 | | |
| DOCKET NUMBER *(Recl. Court)* 26-cr-87 -SE-TSM | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Timothy A. Gillilan<br>District of New Hampshire | DISTRICT<br>District Of Vermont | DIVISION |
| | NAME OF SENTENCING JUDGE<br>The Honorable Geoffrey W. Crawford, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM 7/9/2026 | TO 7/8/2029 |

OFFENSE

Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) and 841(b)(1)(C)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Gillilan lives in and is supervised in the District of New Hampshire.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE JUDICIAL DISTRICT OF VERMONT

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of New Hampshire upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

13 October 2026
*Date*

*Geoffrey W. Crawford, United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE JUDICIAL DISTRICT OF NEW HAMPSHIRE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 2, 2026
*Effective Date*

SDElliott
*United States District Judge*